Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
ALLEN ANSARI

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; MICHAEL R. BOULANGER, individually and in his official capacity,<br><br>　　　　　　　　Defendants. | Case No. 5:11-CV-06372-LHK-HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, ALLEN ANSARI, and Defendants, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and MICHAEL R. BOULANGER, stipulate, and the Court hereby orders, as follows:

　　　1.　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, ALLEN ANSARI, against Defendants, PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, and MICHAEL R. BOULANGER, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

　　　2.　Each party shall bear their own costs and attorney fees.

/ / /

Dated:  August 13, 2012                /s/ Fred W. Schwinn
                                       Fred W. Schwinn, Esq.
                                       Attorney for Plaintiff
                                       ALLEN ANSARI


Dated:  August 13, 2012                /s/ Michael K. Johnson
                                       Michael K. Johnson, Esq.
                                       Attorney for Defendants
                                       PATENAUDE & FELIX, A PROFESSIONAL
                                       CORPORATION, and MICHAEL R.
                                       BOULANGER


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.   The Clerk shall close the file.


Dated:   August 14, 2012               *Lucy H. Koh*
                                       The Honorable Lucy H. Koh
                                       United States District Judge