# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| ALLEN ANSARI,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ELECTRONIC DOCUMENT PROCESSING,  )<br>INC., a California corporation; DUSTIN K.  )<br>FERRO, individually and in his official capacity; )<br>and DOES 1 through 10, inclusive,  )<br>  )<br>Defendants.  )<br>_____ ) | Case No. 5:12-CV-01245-LHK<br><br>ORDER RE: SUMMARY JUDGMENT BRIEFING |

On April 4, 2013, Plaintiff filed a Motion for Summary Judgment. ECF Nos. 64, 64-1. Northern District of California Local Rule 7-2(b) provides that, for motions, the caption page, notice of motion, and memorandum of points and authorities must not exceed 25 pages in length.

Here, the Notice of Motion is three pages long. ECF No. 64. The Memorandum of Points and Authorities in support of the motion is an additional 29 pages (not including the caption page). ECF No. 64-1. Thus, Plaintiff's motion is well in excess of the 25 page limit. Moreover, the Court notes that rather than including Plaintiff's citations in the text of the argument, Plaintiff has placed all citations in footnotes. Had the citations been included in the text of the argument, the Memorandum of Points and Authorities would have been even longer. Plaintiff did not file a motion to enlarge the page limit for Plaintiff's Motion for Summary Judgment.

1

Case No. 5:12-CV-01245-LHK
ORDER RE: SUMMARY JUDGMENT BRIEFING

In light of Plaintiff's failure to comply with Local Rule 7-2(b), the Court strikes Plaintiff's Motion for Summary Judgment.  If Plaintiff wishes to move for summary judgment, Plaintiff may file a new motion that complies with the Local Rules.  Plaintiff shall file his new motion by April 24, 2013.  Defendants shall file their opposition by May 8, 2013.  Defendants are limited to a single opposition to the Motion for Summary Judgment.  Plaintiff shall file his reply by May 15, 2013.

In addition to striking Plaintiff's Motion for Summary Judgment, the Court CONTINUES: (1) the hearing on the parties' motions for summary judgment from May 9, 2013 to August 29, 2013, at 1:30 p.m; (2) the pretrial conference from July 3, 2013 to October 24, 2013, at 2:00 p.m.; (3) the trial from July 29, 2013 to November 25, 2013, at 9:00 a.m.  Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: April 10, 2013

_____
LUCY H. KOH
United States District Judge